≈Prob 12C
(Rev. 10/10 - D/SC)

# UNITED STATES DISTRICT COURT

for

### District of South Carolina

### Petition for Warrant or Summons for Offender Under Supervision

**Name of Offender:** Rafeal Dominic Williams  **Case Number:** 3:09CR01060-003

**Name of Sentencing Judicial Officer:** The Honorable Joseph F. Anderson, Jr., U. S. District Judge

**Date of Original Sentence:** July 23, 2011

**Original Offense:** Conspiracy to Make, Utter, and Possess Counterfeit Securities

**Original Sentence:** The defendant was sentenced to a custody sentence of time served, to be followed by a 3 year term of supervised release. In addition to the standard conditions of supervision, the following special conditions were ordered: 1) The defendant shall satisfactorily participate in a substance abuse treatment program to include drug testing as approved by the U. S. Probation Office; 2) Enroll in and complete an educational program as directed by the U.S. Probation Office with the objective of obtaining his GED; 3) Unless able to secure stable and verifiable employment, the defendant shall participate in a Vocational Training Program as approved by the U. S. Probation Office; 4) Pay the special assessment of $100; and 5) Pay restitution of $1,279.72, at a rate of $50.00 per month, beginning 30 days from release from custody.

**Type of Supervision:** Supervised Release  **Date Supervision Commenced:** Jul7 23, 2010

**Assistant U.S. Attorney:** Nathan S. Williams  **Defense Attorney:** John H. Hare

**Previous Court Action/Notification(s):** On October 29, 2010, the Court was notified of the defendant testing positive for marijuana on August 6, 2010, and cocaine on September 9, 2010. In addition, the defendant had not made any payments towards the special assessment of $100 or the restitution of $1,279.72.

---

### PETITIONING THE COURT

☐  To issue a warrant

☒  To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1. | **Failure to Refrain from Illegal Drugs:** The defendant tested positive for marijuana on August 6, 2010, May 19, 2011, May 25, 2011, July 20, 2011, and August 4, 2011. In addition, he tested positive for cocaine on September 9, 2010. |

Prob 12C  
(Rev. 10/10 - D/SC)

PAGE 2

2. **Failure to Satisfactorily Participate in a Substance Abuse Program:** The defendant was terminated from alcohol and drug treatment at New Beginnings Recovery Center on June 23, 2011, due to excessive absences.

3. **Failure to Pay the Special Assessment:** No payments have been made towards the $100.00 special assessment.

4. **Failure to Pay Restitution as Ordered:** No payments have been paid towards the restitution of $1,279.72. The defendant has a current arrearage of $600.00.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___August 22, 2011___

Cededrick C. Davis  
Senior U.S. Probation Officer

Reviewed and Approved By:

Todd E. Salley  
Todd E. Salley  
Supervising U.S. Probation Officer

## THE COURT ORDERS:

☐ No action.

☐ The issuance of a warrant.

☑ The issuance of a summons.

☐ Other

Prob 12C
(Rev. 10/10 - D/SC)

PAGE 3

## BOND CONSIDERATION:

☑ Bond to be set at the discretion of the United States Magistrate Judge

☐ No bond to be set.

☐ Other (specify): _____

Joseph F. Anderson, Jr.
U. S. District Judge

August 23, 2011
Date